UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                         CASE NO: 6:11-bk-16853-KSJ

ALKESH SHASTRI AND
HINA SHASTRI,

    Debtors.
_____/

## DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C 1307(b) & REQUEST FOR NO 109(G) INJUNCTION

COMES NOW, the Debtors, ALKESH SHASTRI and HINA SHASTRI, in the above-referenced case and requests the Court dismiss their Chapter 13 case with no 109(G) Injunction and states that the case has not been converted under Section 706, 1112, or 1208 of this title.

WHEREFORE, the Debtor requests the Court to Dismiss this Chapter 13 case pursuant to 11 U.S.C. Section 1307(b) and that no injunction be entered.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic or U.S. mail to: *United States Trustee's Office*, 135 W. Central Boulevard, Room 620, Orlando, FL 32801; and *Laurie K. Weatherford, Trustee*, PO Box 3450, Winter Park, FL 32792 on this 5th day of December, 2011.

                                               NEIL J. BUCHALTER, ESQ.,
                                               2395 N. Courtenay Parkway,
                                               Suite 203
                                               Merritt Island, FL 32953
                                               Telephone 321-205-0900
                                               Facsimile 321-205-0903