IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No.: 6:11-bk-16853-KSJ

ALKESH SHASTRI
HINA SHASTRI,

        Debtor(s).

_____/

## ORDER DISMISSING CASE

        THIS CASE came before the court upon the Debtors' Notice of Voluntary Dismissal (Document No. 18).   The Court being fully advised in the premises finds that the request has merit and that this case should be dismissed.  Accordingly, it is hereby

        ORDERED AND ADJUDGED AS FOLLOWS:

        1.        This case is dismissed.

        2.        The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

        3.        Of the Debtor(s) $0.00 in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor(s) current plan, $0.00 attorney fees provided for in the Debtor(s) current plan and $0.00 to the trustee. The balance of $0.00 shall be refunded to the Debtor(s).

        DONE and ORDERED in Orlando, Florida, this 8th day of December, 2011

                                                        KAREN S. JENNEMANN
                                                        Chief United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties