B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

In re   ALKESH S SHASTRI  ,             Case No.   11-16853

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclay | FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    Barclay
    4161 Piedmont Parkway
    NC4 105 03 14
    Greensboro, NC 27410

Court Claim # (if known):   3
Amount of Claim:   7698.85
Date Claim Filed:   11/10/2011

Phone:   888-702-1161
Last Four Digits of Acct #:   8279

Phone:
Last Four Digits of Acct. #:   8279

Name and Address where transferee payments should be sent (if different from above):
    Barclay
    PO Box 15102
    Wilmington, DE 19886-5102

Phone:   888-702-1161
Last Four Digits of Acct #:   8279

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Debra Wall            Date:   10/16/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.